**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Alberto LUNA, Defendant— Appellant.**

No. 04–50089.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 18, 2006.

Anne K. Perry, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Benjamin Sanchez, Jr., Esq., Chula Vista, CA, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jose Alberto Luna appeals from his jury-trial conviction and sentence for sale of counterfeit currency, in violation of 18 U.S.C. § 472.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Luna has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Luna has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED,** and the sentence is **REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

